Submitted April 5, reversed May 22, 2013

In the Matter of J. V. S.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

J. V. S.,
*Appellant.*

Multnomah County Circuit Court
120970239; A152704

301 P3d 977

Garrett A. Richardson, and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, argued the cause for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 60 days. ORS 426.130. She asserts that the state failed to prove, by clear and convincing evidence, that, because of a mental disorder, she is unable to provide for her basic personal needs. ORS 426.005(1)(e)(B). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse on that basis. Accordingly, we do not address appellant's other, unpreserved assignment of error, in which she contends that the trial court erred in failing to advise her of the possible results of the commitment proceeding, as required by ORS 426.100(1)(c).

Reversed.